United States District Court
Southern District of Texas
**ENTERED**
June 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROXANNE GANT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-01347 |
| § | |
| THE SWISS COLONY, LLC d/b/a DIRECT § | |
| CHARGE, § | |
| § | |
| Defendant. § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this Order.

It is so Ordered.

SIGNED on this 10th day of June, 2019.

_____
Kenneth M. Hoyt
United States District Judge